■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY C. WHITMER, Appellant. [939 NYS2d 910]—Appeal from a judgment of the Niagara County Court (Matthew J. Murphy, III, J.), rendered February 28, 2011. The judgment convicted defendant, upon his plea of guilty, of assault in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Scudder, P.J., Centra, Peradotto, Lindley and Martoche, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. WELLS, Also Known as MICHAEL WELLS, Appellant. [939 NYS2d 910]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered December 9, 2009. The

judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.